UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
STOCKFOOD AMERICA, INC.,                       :
                                               :
               Plaintiff,    :
                                               :       **ORDER**
v.                                             :
                                               :       20 CV 6772 (VB)
YATED NE'EMAN OF AMERICA, INC., d/b/a          :
www.matzav.com,                                :
               Defendant.    :
---------------------------------------------------------------x

      On August 21, 2020, plaintiff commenced the instant action against defendant Yated Ne'Eman of America, Inc., d/b/a www.matzav.com.  (Doc. #1).

      On November 9, 2020, plaintiff docketed a proof of service indicating service on defendant on November 6, 2020.  (Doc. #8).  Accordingly, defendant had until November 27, 2020, to respond to the complaint.  See Fed. R. Civ. P. 12(a)(1)(A)(i).

      To date, defendant has not answered, moved, or otherwise responded to the complaint.

      Accordingly, provided that defendant remains in default, plaintiff is ORDERED to seek a certificate of default as to defendant by **December 21, 2020**, and thereafter to move, by order to show cause and in accordance with the Court's Individual Practices, for default judgment against defendant by **January 4, 2021**.  **If plaintiffs fail to satisfy either deadline, the Court may dismiss the case without prejudice for failure to prosecute or failure to comply with court orders.  Fed. R. Civ. P. 41(b).**

Dated: December 14, 2020
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge